## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr><td>

**SAMRA PLASTIC AND RECONSTRUCTIVE SURGERY,**

    **Plaintiff,**

    v.

**UNITED HEALTHCARE INSURANCE COMPANY, _et al._,**

    **Defendants.**

</td><td>

**Case No. 23–22706–ESK–MJS**


**ORDER**

</td></tr>
</table>

**THIS MATTER** having come before the Court on defendant UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company's motion to dismiss (Motion) (ECF No. 9); and for the reasons stated in the accompanying opinion,

    **IT IS** on this **10th** day of **February 2025**   ORDERED that:

1.    The Motion (ECF No. 9) is **GRANTED**.

2.    Plaintiff Samra Plastic and Reconstructive Surgery's complaint (ECF No. 1–1) is **DISMISSED WITHOUT PREJUDICE**.

3.    Plaintiff shall have 30 days from the entry of this order to file an amended complaint consistent with the accompanying opinion.


               _/s/ Edward S. Kiel_
               **EDWARD S. KIEL**
               **UNITED STATES DISTRICT JUDGE**