**Robinson+Cole**

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

<u>*Via ECF*</u>

August 22, 2025

Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re:   *Elena Pomroy v. United Healthcare Insurance Company, et al.*;
      Case No: 1:23-cv-22706-ESK-MJS

Dear Judge Kiel:

      This office represents Defendant, UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company ("United" or "Defendant"), in this matter and respectfully requests a brief extension of time to file its Reply brief in Further Support of its Motion to Dismiss from August 25, 2025, up to and including September 2, 2025. Defendant further requests an extension of time to file the fully briefed motion from September 2, 2025, up to and including September 9, 2025. Defendant's counsel respectfully requests the brief extension because the attorney assisting the undersigned in handling this matter only recently returned from parental leave and requires a short extension of time to complete the reply. This is Defendant's first request for an extension. Plaintiff consents to this request for brief extension.

      I appreciate your attention to this matter.

Respectfully submitted,

<u>*/s/Matthew P. Mazzola*</u>
Matthew P. Mazzola

cc:   All Counsel of Record (Via ECF)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP